FRANK S. MOORE, SBN 158029
Law Offices of Frank S. Moore, APC
SUZY C. MOORE, SBN 151502
Law Offices of Suzy C. Moore
1374 Pacific Avenue
San Francisco, California 94109
Telephone:    (415) 292-6091
Facsimile:    (415) 292-6694

Attorney for Plaintiff ANGELA CUSSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANGELA CUSSON, | ) No. C 05-3776 MHP |
|---|---|
| Plaintiff, | ) **JOINT REQUEST FOR DISMISSAL** |
| vs. | ) **[FRCP Rule 41(a)]** |
| WEST PORTAL LUTHERAN CHURCH AND SCHOOL, and DOES 1 to 25, inclusive, | ) |
| Defendants. | ) |

TO THE CLERK OF THE COURT:

IT IS appearing that a settlement agreeable to all parties has been reached in the above-captioned matter. It is respectfully requested that this case be dismissed with prejudice, each party bearing their own costs and attorneys' fees.

IT IS SO STIPULATED.

Law Offices of Frank S. Moore, APC


/s/
Frank S. Moore
Attorney for Plaintiff ANGELA CUSSON

*CUSSON v. WEST PORTAL LUTHERAN SCHOOL, et al.*
JOINT REQUEST FOR DISMISSAL

1
2
3
4
5
6
7   IT IS SO ORDERED.
8
9
10  Dated: June 12, 2006
11
12
13

Jackson Wallace, LLP

/s/
John Hentschel
Attorney for Defendant WEST PORTAL
LUTHERAN CHURCH AND SCHOOL

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CUSSON v. WEST PORTAL LUTHERAN SCHOOL, et al.*
JOINT REQUEST FOR DISMISSAL